IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| UNITED STATES STEEL AND CARNEGIE PENSION FUND,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN P. READAL, EXECUTOR OF THE ESTATE OF GERALD J. READAL; FRANCES S. READAL, AND; AND ROSEMARY A. BOOTH,<br><br>    Defendants, | 2:18-CV-00140-CRE |

# ORDER

AND NOW, this 10th day of September, 2018, it is HEREBY ORDERED that UNITED STATES STEEL AND CARNEGIE PENSION FUND's (the "Fund") motion to dismiss (ECF No. 13) is DENIED. The Fund shall file an Answer to the Counterclaim by **October 1, 2018.**

                                              By the Court:

                                              s/ Cynthia Reed Eddy
                                              Cynthia Reed Eddy
                                              United States Magistrate Judge

cc: all registered counsel via CM-ECF